IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO. 3:19-PO-129 |
| | : | |
| Plaintiff | : | |
| | : | |
| v. | : | INFORMATION |
| | : | |
| BRENDA MARTIN, | : | 18 U.S.C. §§ 7 & 13 |
| | : | O.R.C. § 4511.19(A)(1)(a) |
| Defendant | : | O.R.C. § 4511.19(A)(1)(d) |
| | : | O.R.C. § 2921.331(A) |
| | : | O.R.C. § 4511.25(A) |
| | : | O.R.C. 4511.33(A)(1) |

THE UNITED STATES ATTORNEY CHARGES THAT:

### COUNT 1

(18 U.S.C. §§ 7 & 13 and O.R.C. § 4511.19(A)(1)(a))

On or about July 20, 2019, at Wright-Patterson Air Force Base, in the Southern District of Ohio, within the special maritime and territorial jurisdiction of the United States, on land acquired for the use of the United States and under the exclusive or concurrent jurisdiction thereof, the Defendant, **BRENDA MARTIN**, did, at the time of operation, operate a vehicle within this state while under the influence of alcohol, a drug of abuse, or a combination of them.

In violation of 18 U.S.C. §§ 7 & 13 and O.R.C. § 4511.19(A)(1)(a).

### COUNT 2

(18 U.S.C. §§ 7 & 13 and O.R.C. § 4511.19(A)(1)(d))

On or about July 20, 2019, at Wright-Patterson Air Force Base, in the Southern District of Ohio, within the special maritime and territorial jurisdiction of the United States, on land acquired for the use of the United States and under the exclusive or concurrent jurisdiction thereof, the Defendant,

**BRENDA MARTIN**, did at the time of operation, operate a vehicle within this state, while having a concentration of eight-hundredths of one gram or more but less than seventeen-hundredths of one gram by weight of alcohol per two hundred ten liters of the said Defendant's breath.

In violation of 18 U.S.C. §§ 7 & 13 and O.R.C. § 4511.19(A)(1)(d).

## COUNT 3

(18 U.S.C. §§ 7 & 13 and O.R.C. § 2921.331(A))

On or about July 20, 2019, at Wright-Patterson Air Force Base, in the Southern District of Ohio, within the special maritime and territorial jurisdiction of the United States, on land acquired for the use of the United States and under the exclusive or concurrent jurisdiction thereof, the Defendant, **BRENDA MARTIN**, did fail to comply with a lawful order and direction of a police officer invested with authority to direct, control, and regulate traffic.

In violation of 18 U.S.C. §§ 7 & 13 and O.R.C. § 2921.331(A).

## COUNT 4

(18 U.S.C. §§ 7 & 13 and O.R.C. § 4511.25(A))

On or about July 20, 2019, at Wright-Patterson Air Force Base, in the Southern District of Ohio, within the special maritime and territorial jurisdiction of the United States, on land acquired for the use of the United States and under the exclusive or concurrent jurisdiction thereof, the Defendant, **BRENDA MARTIN**, while operating a motor vehicle on a roadway of sufficient width, did fail to drive upon the right half of the roadway.

In violation of 18 U.S.C. §§ 7 & 13 and O.R.C. § 4511.25(A).

## COUNT 5

(18 U.S.C. §§ 7 & 13 and O.R.C. 4511.33(A)(1))

On or about July 20, 2019, at Wright-Patterson Air Force Base, in the Southern District of Ohio, within the special maritime and territorial jurisdiction of the United States, on land acquired for the use of the United States and under the exclusive or concurrent jurisdiction thereof, the Defendant, **BRENDA MARTIN**, while driving on a roadway divided into two or more clearly marked lanes for traffic, did fail to drive, as nearly as was practicable, entirely within a single lane or line of traffic, and did move from such lane or line without first ascertaining that such movement could be made with safety.

In violation of 18 U.S.C. §§ 7 & 13 and O.R.C. 4511.33(A)(1).

BENJAMIN C. GLASSMAN
United States Attorney

JULIENNE MCCAMMON
Special Assistant United States Attorney